UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
BRICKLAYERS PENSION TRUST FUND - METROPOLITAN AREA;
BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND;
BRICKLAYERS & TROWEL TRADES INTERNATIONAL RETIREMENT SAVINGS PLAN;
BRICKLAYERS HOLIDAY TRUST FUND, METROPOLITAN AREA;
TROWEL TRADES HEALTH AND WELFARE FUND - DETROIT AND VICINITY;
BRICKLAYERS INTERNATIONAL MASONRY INSTITUTE;
DETROIT METROPOLITAN MASONRY JOINT APPRENTICESHIP & TRAINING COMMITTEE; and the LABOR-MANAGEMENT COOPERATION COMMITTEE;
trust funds established under, and administered
pursuant to, federal law,

    Plaintiffs,                                  Case No 08-10662
                                                  HON. GEORGE CARAM STEEH

v.

STATE WIDE CAULKING CO.,

    Defendant.
_____/

SACHS WALDMAN, P.C.
GEORGE H. KRUSZEWSKI (P25857)
Attorneys for Plaintiffs
1000 Farmer Street
Detroit, Michigan 48226
(313) 965-3464 telephone
(313) 965-0268 facsimile
_____/ .

**ORDER GRANTING PLAINTIFFS'
VERIFIED MOTION FOR ALTERNATIVE SERVICE**

    At a session of said Court, held in the City of Detroit,
in the Theodore Levin U.S. Courthouse, on April 18,
2008.

        HON. GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

1

Based upon Plaintiffs' Motion for Alternative Service, with Brief and Affidavit filed in support thereof,

IT IS HEREBY ORDERED THAT

Plaintiffs' Motion for Alternative Service is hereby GRANTED and Plaintiffs shall be permitted to obtain service on Defendant STATE WIDE CAULKING CO., by posting a copy of the Summons and Complaint on the front door of the defendant's registered office located at 320 West Summit, Milford, Michigan 48381 or, alternatively, by leaving said Summons and Complaint with any responsible adult at that location, and also by mailing a copy of said documents by regular mail to defendant at the same address.

Dated: April 18, 2008

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 18, 2008, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk