UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE BRICKLAYERS
PENSION TRUST FUND -
METROPOLITAN AREA, et al.,

        Plaintiffs,

Case No. 08-CV-10662

vs.

HON. GEORGE CARAM STEEH

STATE WIDE CAULKING CO.,

        Defendant.
_____/

## ORDER DISMISSING SHOW CAUSE

The Court issued an Order to Show Cause on July 14, 2008 ordering plaintiffs to show cause why this action should not be dismissed for lack of prosecution. Plaintiffs responded on July 22, 2008 by explaining that an audit was completed and was transmitted to defendant on June 18, 2008, along with a demand that the audit be paid or that acceptable payment arrangements be made by July 17, 2008. Neither has occurred, and plaintiffs filed a First Amended Complaint, incorporating in its request for relief the amounts claimed in the audit. Based on plaintiffs' response to the Court's Order to Show Cause,

    IT IS HEREBY ORDERED that the Court's Order to Show Cause be DISMISSED.

Dated: July 29, 2008

                                  S/George Caram Steeh
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 29, 2008, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk